JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 14-06875 BRO (AJWx) | Date | October 15, 2015 |
|---|---|---|---|
| Title | Jake Carillo v. City of Los Angeles et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Cheryl Wynn | Not Present | N/A |
| Relief Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS)

### ORDER RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff filed a Complaint with this Court on September 3, 2015.

On September 28, 2015, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of the Plaintiff's apparent failure to prosecute, failure to appear at the Pretrial Conference, and for failure to comply with the Courts Standing Order and Civil Jury Trial Order.  The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time.  Plaintiff was ordered to respond to the Court's Order to Show Cause no later than October 9, 2015.  To date, however, no response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | cw |